# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0327.  LAURA LEE STEEDLEY v. DIANE L. GILBRETH.

On June 19, 2018, the trial court entered a temporary order giving Diane L. Gilbreth, Laura Lee Steedley's mother, temporary custody of Steedley's minor child, C. B. G.  Steedley then filed a notice of appeal from that order on July 27, 2018.[1]  We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Steedley did not file her first notice of appeal until 38 days after the entry of the order she seeks to appeal, her appeal is untimely.   Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] Steedley's initial notice of appeal was filed as an alternative to a mandamus petition and was construed as a notice of appeal by the trial court.  In addition, the initial notice of appeal sought to appeal two orders in two separate proceedings.  This appeal pertains to the request for review of the order in 18CV061.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/04/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                  *, Clerk.*